IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Kenneth Neiman,                      Hon. Ronald A. Guzman

   Plaintiff,

                                                  Case No. 15-CV-4300

Vs.

Village of Deerfield, et.al.

   Defendants

### Plaintiff's Motion to Redact From Record

Now Comes Plaintiff Kenneth Neiman as for his Motion to Redact from Record and states as follows:

1. Plaintiff has now settled with the Village of Deerfield under a confidential settlement.

2. On July 6, 2017, June 21, 2017 and June 6, 2017 on the record evidence was adduced regarding the proposed monetary consideration.

3. On July 6, 2017, Plaintiff and Defendant Village executed a mutual settlement agreement requiring *inter alia* certain information be "redacted" from the record in this case.

4. Plaintiff seeks an order directing the office of the Official Court Reporter to "redact" all references to the monetary consideration (dollar amount) from each of the above transcripts of proceedings pursuant to the above agreement.

Wherefore, Plaintiff prays for an order redacting the dollar amount of the settlement from the above three transcripts.

                                                     Respectfully Submitted,

                                                     /s/Kenneth Neiman

Kenneth Neiman
Plaintiff
1705 Overland Trail
Deerfield, Illinois 60015
224-223-6105