# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Kenneth Neiman, et al.
                                Plaintiff,

v.                                                        Case No.: 1:15–cv–04300
                                                                        Honorable Ronald A. Guzman

The Village of Deerfield, et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 10, 2017:

     MINUTE entry before the Honorable Ronald A. Guzman: Plaintiff's motion to redact transcripts [300] is denied. Plaintiff may instead request that the transcripts for the evidentiary hearings be filed under seal and then provide an unsealed, redacted, publically available version along with his motion to seal. Mailed notice(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.