## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Kenneth Neiman, et al.
        Plaintiff,

v.              Case No.: 1:15−cv−04300
              Honorable Ronald A. Guzman

Jeffrey Prashaw, et al.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 24, 2017:

  MINUTE entry before the Honorable Ronald A. Guzman: Status hearing held on 7/24/2017. Tenant Defendants' motion to file defendants' status report irrespective of status report filed by plaintiff Kenneth Neiman [322] is granted. Plaintiff's motion for leave to file second amended complaint [302] is denied without prejudice. Plaintiff's renewed motion for leave to file his second amended complaint due by 7/31/2017. Response due by 8/14/2017. Reply due by 8/21/2017. Ruling by mail. Plaintiff's response to attorney Blake Horwitz's claim to a portion of the settlement funds held by the Village of Deerfield [318] due by 8/7/2017. Reply due by 8/14/2017. Ruling by mail or the Court will set a further hearing date, if necessary, after the issues are fully briefed. Deerfield defendants' motion to dismiss pursuant to settlement [306] is granted. Defendants Village of Deerfield and Detective Bernas are dismissed without prejudice with leave to reinstate only for the purpose of enforcing the terms of the Mutual Settlement Release. Detective Bernas and The Village of Deerfield terminated. Mailed notice(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.